AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEROME DART,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 624-030

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's November 22, 2024 Order, the Commissioner's consent motion for remand is granted pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the Commissioner's decision is reversed, judgment is entered in favor of Plaintiff, and this action is remanded for further proceedings . This case stands closed.

11/22/2024
*Date*

John E. Triplett, Clerk of Court
Clerk

*(By) Deputy Clerk*

GAS Rev 10/2020